UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 05-cv-02312-WYD

ASHA BAYS,

      Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

      Defendant.

_____

**ORDER**
_____

THIS MATTER is before the Court on Plaintiff's Unopposed Motion for Award of Attorney's Fees Pursuant to the Equal Access to Justice Act ["EAJA"] (filed April 27, 2007). The motion seeks an award of fees of $3,547.45 to be paid to plaintiff's attorney, calculated at the rate of $155.59 per hour for 22.8 hours of work on this case. The amount requested is supported by an affidavit of counsel. The motion asserts that Plaintiff's counsel conferred with counsel for the Commissioner, who indicated that the Commissioner would not oppose the EAJA fee award.

Having reviewed the motion, I find that an award of fees under the EAJA is proper and that Plaintiff's motion should be granted. Accordingly, it is

ORDERED that Plaintiff's Unopposed Motion for Award of Attorney's Fees Pursuant to the Equal Access to Justice Act (filed April 27, 2007) is **GRANTED**. In accordance therewith, it is

ORDERED that Defendant pay to Plaintiff's counsel Martin J. Linnet attorney fees in the amount of $3,547.45.

Dated May 3, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge